**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF MARYLAND**
**AT GREENBELT**

| | | |
|---|---|---|
| CHRISTOPHER LEONARD, | ) | Case No.:8:13-cv-03626-PLM |
| | ) | |
| Plaintiff, | ) | **CIVIL ACTION** |
| v. | ) | |
| | ) | |
| | ) | **CERTIFICATION** |
| PRIMARY SOLUTIONS GROUP, LLC, | ) | **OF SERVICE** |
| | ) | |
| Defendant | ) | |
| | ) | |

**NOTICE ON PLAINTIFF'S REQUEST DISMISSING ACTION WITHOUPREJUDICE ANDWITHOUT COSTS OR FEES TO EITHER PARTY**

BE IT KNOWN, Plaintiff seeks dismissal of the above captioned action, without prejudice and without fees or costs to either side.  Should any party to this lawsuit have good cause as to why Plaintiff's requested relief should be denied, said party shall come forth and be heard.

Dated: March _22___, 2014

            Respectfully submitted,

            By: /s/M. Edvard Shprukhman, Esq.
            8202 Anita Road
            Baltimore, MD 21208

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MARYLAND
AT GREENBELT**

| | | |
|---|---|---|
| CHRISTOPHER LEONARD, | ) | Case No.:8:13-cv-03626-PLM |
| | ) | |
| Plaintiff, | ) | **CIVIL ACTION** |
| v. | ) | |
| | ) | |
| | ) | |
| PRIMARY SOLUTIONS GROUP, LLC, | ) | **DISMISSAL** |
| | ) | **WITHOUT PREJUDICE** |
| Defendant | ) | |
| | ) | |

**ORDER DISMISSING ACTION WITHOUT PREJUDICE AND
WITHOUT COSTS OR FEES TO EITHER PARTY**

     Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, requests dismissal of this case, without prejudice. Defendant has not filed an answer or summary judgment. Accordingly, Plaintiff requests the Court dismiss the above captioned action without prejudice and without costs or fees to either party.

_____
Judge Peter J. Messitte